1

2

3 UNITED STATES DISTRICT COURT

4 DISTRICT OF NEVADA

5 * * *

6 HOSIE KENNETH FRAZIER,      Case No. 3:19-cv-00050-MMD-WGC

7                    Plaintiff,      ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION

8 v.      OF MAGISTRATE JUDGE
WILLIAM G. COBB

PAULA DAVIS, *et al.*,

9

               Defendants.

10

11       Before the Court is the Report and Recommendation of United States Magistrate

12 Judge William G. Cobb (ECF No. 3) ("R&R" or "Recommendation") relating to Plaintiff's

13 application to proceed *in forma pauperis* (ECF No. 1) and *pro se* complaint (ECF No. 1-

14 1.) Plaintiff had until March 6, 2019, to file an objection. To date, no objection to the R&R

15 has been filed.

16       This Court "may accept, reject, or modify, in whole or in part, the findings or

17 recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party

18 timely objects to a magistrate judge's report and recommendation, then the court is

19 required to "make a *de novo* determination of those portions of the [report and

20 recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails

21 to object, however, the court is not required to conduct "any review at all . . . of any issue

22 that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

23 Indeed, the Ninth Circuit has recognized that a district court is not required to review a

24 magistrate judge's report and recommendation where no objections have been filed. *See*

25 *United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard

26 of review employed by the district court when reviewing a report and recommendation to

27 which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219,

28 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the

view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, this Court finds it appropriate to engage in a *de novo* review to determine whether to adopt Magistrate Judge Cobb's R&R. Upon reviewing the R&R and proposed complaint, this Court finds good cause to accept and adopt the Magistrate Judge's R&R in full.

It is therefore ordered, adjudged and decreed that the Report and Recommendation of Magistrate Judge William G. Cobb (ECF No. 3) is accepted and adopted in its entirety.

It is further ordered that Plaintiff's application to proceed *in form pauperis* (ECF No. 1) is granted.

It is further ordered that the Clerk of Court detach and file Plaintiff's complaint (ECF No. 1-1).

It is further ordered that this action is dismissed with prejudice.

The Clerk of Court is directed to close this case.

DATED THIS 11th day of March 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE